IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.   **CRIMINAL NO. 3:20-cr-110-DCB-FKB**

**LAKENNTH JDARRIOUS SMITH**

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States of America's Motion [117] for a Final Order of Forfeiture. Having reviewed the Government's Motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on October 6, 2021, this Court entered an Agreed Preliminary Order of Forfeiture [83], ordering the Defendant, **LAKENNTH JDARRIOUS SMITH,** to forfeit (the "**Subject Property**")[1], as described below:

| Asset ID | Property Description |
| --- | --- |
| 20-FBI-006026-01 | One (1) Taurus Pistol, Model PT111 Pro, CAL: 9mm, Serial No. TAN33403 and Magazine |
| 20-FBI-006026-02 | One (1) Century Arms International Pistol, Model PAP M92PV, CAL: 7.62x39mm, Serial No: M92PV055830 and Magazine |
| 20-FBI-006026-03 | Ten (10) Rounds of Ammunition, CAL: 9mm |
| 20-FBI-006026-04 | Twenty-Nine (29) Rounds of Ammunition, CAL: 7.62x39mm |

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified all known third parties of their right to petition the Court within sixty (60) days from the

---

[1] Co-defendant, James Arthur Williams, Jr., pleaded guilty to Count 3 of the Superseding Indictment [36] and also forfeited the **Subject Property** through his Agreed Preliminary Order of Forfeiture [108] dated June 15, 2022.

first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S. C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Property** is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED, ADJUDGED, AND DECREED this  30th  day of  November, 2022.

s/David Bramlette
UNITED STATES DISTRICT JUDGE